MARCH 16, 1989

No. 88–1021. HANSCH ET UX. v. COUNTY OF LOS ANGELES ET AL. Ct. App. Cal., 2d App. Dist. Certiorari dismissed under this Court's Rule 53.

MARCH 20, 1989

No. 88–844. CHRISMAN v. TIMES MIRROR CO. Appeal from Ct. App. Cal., 4th App. Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 88–1013. DELEO ET UX. v. ANTHONY A. NUNES, INC., ET AL. Appeal from Sup. Ct. R. I. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 88–6386. JENKINS v. UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT. Appeal from C. A. D. C. Cir. dismissed for want of jurisdiction.

No. 88–6471. CRIM v. MORRIS, SUPERINTENDENT, SOUTHERN OHIO CORRECTIONAL FACILITY, ET AL. Appeal from C. A. 6th Cir. dismissed for want of jurisdiction.

No. A–601 (88–1243). COMPANY X v. UNITED STATES. C. A. 10th Cir. Renewed application for stay, presented to JUSTICE WHITE, and by him referred to the Court, granted pending final disposition of the petition for writ of certiorari.